# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Edward J. Beach,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:07-CV-449

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/30/2008 Order.

Signed: November 30, 2007

Frank G. Johns, Clerk
United States District Court